# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA, | Case No. 1:18-cv-00302-SAB |
| Plaintiff, | ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS |
| v. | (ECF No. 17) |
| JOANNE FURUMOTO, et al., | OCTOBER 19, 2018 DEADLINE |
| Defendants. | |

On July 11, 2018, Plaintiff filed a notice of settlement informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. The parties shall file dispositional documents on or before October 19, 2018.

IT IS SO ORDERED.

Dated: __**July 12, 2018**__

UNITED STATES MAGISTRATE JUDGE

1