# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE ACOSTA,<br><br>     Plaintiff,<br><br>     v.<br><br>JOANNE FURUMOTO, et al.,<br><br>     Defendants. | Case No. 1:18-cv-00302-SAB<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 19)<br><br>DEADLINE: NOVEMBER 13, 2018 |

On October 19, 2018, a request for an extension of time to file dispositive documents was filed with the Court. The Court finds good cause to grant the request.

Accordingly, it is HEREBY ORDERED that the parties shall file dispositional documents by November 13, 2018.

IT IS SO ORDERED.

Dated: __**October 22, 2018**__

UNITED STATES MAGISTRATE JUDGE

1